LOUIS ROSENBLUM, Respondent, v. MELVILLE A. STERN and Another, as Executors and Trustees, etc., of LOUIS STERN, Deceased, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GEORGE W. MULLER, Respondent, v. HIDALGO COUNTY WATER IMPROVEMENT DISTRICT NUMBER 4, OF HIDALGO COUNTY, TEXAS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GEORGE W. MULLER, Respondent, v. HIDALGO COUNTY WATER IMPROVEMENT DISTRICT NUMBER 4, OF HIDALGO COUNTY, TEXAS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ATLANTIC SILK HOSIERY COMPANY, INC., a Domestic Corporation, Appellant, v. CHARLES S. SPIEGELBERG and Another, Copartners, etc., and Another, Defendants, Impleaded with RUBY LEFI and Another, Copartners, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FREDERICK McCANN COAL COMPANY, INC., Respondent, v. TRINITY COAL CORPORATION, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SADIE FRIEDLANDER, Respondent, v. CHARLES W. THORNE, Appellant, Impleaded, etc.— Order modified by striking out the last paragraph of said order, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

RICHARD ZIEGLER, Appellant, v. ROSE ZIEGLER, Respondent.— Order modified as indicated in order and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HELEN A. WEBER, Appellant, v. CHARLES J. WEBER, Respondent.— Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ANNA L. DAVIDOWITZ, Also Known as ANNA L. DAVE, Respondent, v. EDMUNDO MONTEALEGRE and Others, Copartners, etc., Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements to the respondent. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HAROLD W. WELLINGTON, Respondent, v. EDITH NORMA HUSTED WELLINGTON, Appellant.— Order modified by striking from the bill of particulars item 9 of subdivision (b), as follows: " May 1st, 1926, between 1:15 A. M. and 1:40 A. M.; " and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MARGARET N. TAYLOR, Individually and as Executrix, etc., of WILLIAM J. TAYLOR, Deceased, Respondent, v. THOMAS B. TAYLOR and Others, Appellants, Impleaded, etc.— Order modified by denying the motion as to the particulars demanded in item O of the order to show cause read in support of the motion, except as to the Taylor Company and decedent, and as so modified affirmed, with ten dollars costs and disbursements to the respondent. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.